IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TAQUIAN HUNT, | § | |
| | § | No. 158,2014 |
| Defendant Below, | § | |
| Appellant, | § | Court Below – Superior Court |
| | § | of the State of Delaware, |
| v. | § | in and for New Castle County |
| | § | |
| STATE OF DELAWARE | § | Cr. ID. No. 0809019905 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

Submitted: July 22, 2014
Decided: August 21, 2014

Before, **HOLLAND**, **RIDGELY** and **VALIHURA**, Justices.

### ORDER

This 21st day of August 2014, having carefully considered the parties' briefs pursuant to Supreme Court Rule 26(c) and the record on appeal, the Court has determined that the judgment of the Superior Court should be affirmed on the basis of the reasons stated in the Superior Court's Order dated February 27, 2014 with respect to the court's conclusion that the appellant's petition is procedurally barred by Superior Court Criminal Rule 61(i)(1) and that the appellant has not demonstrated that reconsideration of the claim is warranted under the narrow "miscarriage of justice" exception provided for in Rule 61(i)(5).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is **AFFIRMED.**

BY THE COURT:

Justice

2